UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

MARLON G. PENUELA AND
DORIS M. GONZALEZ

CASE NO. 6:10-bk-07820-ABB
CHAPTER 7

Debtor(s).
_____/

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
IN FAVOR OF CREDITOR, U.S. BANK, N.A.**
(Property Being Surrendered)

This case came on for consideration of the Motion For Relief From The Automatic Stay filed by Movant, U.S. BANK, N.A., on June 30, 2010, Docket No. 12. The Motion has been served upon the parties of interest in accordance with Local rule 2002-4 and no party of interest has filed an objection to the Motion within the time permitted. Therefore, the Court deems the Motion to be unopposed. Accordingly, it is

ORDERED as follows:

1. The automatic stay arising by reason of 11 U.S.C. §362 is terminated as to Movant`s interest in the following property:

**LOT 17, BLOCK 1368, OF POINCIANA SUBDIVISION, VILLAGE 1, NEIGHBORHOOD 1 SOUTH, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 3, PAGES 9 THROUGH 16, OF THE PUBLIC RECORDS OF OSCEOLA COUNTY, FLORIDA.**

**a/k/a 837 DEL PRADO DR, KISSIMMEE, FL 34758-3246**

2. The Order Granting Relief from the Automatic Stay is entered for the sole purpose of allowing Movant to obtain an *in rem* judgment against the real property, and that Movant shall not obtain an *in personam* relief against the debtor.

Done and Ordered on July 29, 2010.



ARTHUR B. BRISKMAN
UNITED STATES BANKRUPTCY JUDGE

Copies furnished to:

CAROL A. LAWSON, ESQUIRE
DOUGLAS C. ZAHM, ESQUIRE
12425 28TH STREET NORTH, SUITE 200
ST. PETERSBURG, FL 33716

DORIS M. GONZALEZ
837 DEL PRADO DRIVE
KISSIMMEE, FL 34758-3246

MARLON G PENUELA
127 SPARKLEBERRY LANE
COLUMBIA, SC 29229

CHARLES W PRICE, ESQUIRE
PRICE LAW FIRM
390 MAITLAND AVENUE
SUITE 1000
ALTAMONTE SPRINGS, FL 32701

GENE T CHAMBERS, TRUSTEE
PO BOX 533987
ORLANDO, FL 32853

ORLANDO DIVISIONS
U.S. BANKRUPTCY TRUSTEE
135 W. CENTRAL BLVD., #620
ORLANDO, FL 32801